UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY D. POUGH,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMY BEAN, et al.,<br><br>    Defendants. | Case No. 2:24-cv-02098-CDS-EJY<br><br>**ORDER** |

On November 8, 2024, Plaintiff submitted an incomplete application to proceed *in forma pauperis* ("IFP") together with initiating documents entitled "Motion for Production of all Illegally Seized Property" and "Petition for Writ of Injunction." ECF Nos. 1, 1-1, 1-2. Plaintiff did not submit a complaint.

To initiate a civil action in federal court, Plaintiff must file his Complaint on the approved form provided by the Court. *See* Local Rule LSR 2-1. Plaintiff must also pay the filing fee or file a complete IFP application. To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** required documents to the Court including: (1) a completed **Application to Proceed in Forma Pauperis for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **December 27, 2024**, Plaintiff must file a Complaint on this Court's approved form and either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the approved form for filing a 42 U.S.C. § 1983 complaint with instructions for completing the same, and (2) the application to proceed *in forma pauperis* for inmates with instructions with instructions for completing the same.

IT IS FURTHER ORDERED that failure to file a complaint and either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **December 27, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to file a complaint and comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 19th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

.