1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JERRY D. POUGH,

      Plaintiff,

   v.

JEREMY BEAN, *et al.*,

      Defendants.

Case No. 2:24-cv-02098-CDS-EJY

**ORDER**

9      On November 8, 2024, Plaintiff submitted an incomplete application to proceed *in forma*
10 *pauperis* ("IFP") together with initiating documents entitled "Motion for Production of all Illegally
11 Seized Property" and "Petition for Writ of Injunction." ECF Nos. 1, 1-1, 1-2. Plaintiff did not
12 submit a Complaint. On November 19, 2024, the Court ordered Plaintiff to file a complete IFP
13 and a Complaint no later than December 27, 2024. ECF No. 3. Upon review of ECF Nos. 1 and
14 7, Plaintiff filed a complete IFP but did not file a Complaint. Instead, Plaintiff filed a Motion to
15 Extend Copy Work Limit and a Motion to be Excused from Using the High Desert State Prison's
16 E-Filing Service. ECF Nos. 4, 6. As explained in the Court's prior Order, to initiate a civil action
17 in federal court, Plaintiff must file a Complaint on the approved form provided by the Court. *See*
18 Local Rule LSR 2-1. The Court grants Plaintiff until February 7, 2025, to file a Complaint.

19      The Court denies Plaintiff's Motion to Extend his prison copy work limit. ECF No. 4. An
20 inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th
21 Cir. 1991). Under Nevada Department of Correction's ("NDOC") administrative regulation
22 722.01(7)(E), inmates "can only accrue a maximum of $100 debt for copy work expenses for all
23 cases, not per case." In this district, courts have ordered a prison to provide limited photocopying
24 when it is necessary for an inmate to provide copies to the court and other parties. *Allen v. Clark*
25 *Cnty. Det. Ctr.*, Case No. 2:10-cv-00857-RLH, 2011 WL 886343, at *2 (D. Nev. Mar. 11, 2011).
26 Here, Plaintiff has not properly initiated a case in this Court because he has not submitted a
27 Complaint. As such, Plaintiff has not demonstrated a need to extend his copy work limit.
28

Moreover, when Plaintiff uses the prison's e-filing system, he retains the original copy of his document.

Plaintiff submitted a 15-page motion that seeks to be excused from HDSP's e-filing system. ECF No. 6. Plaintiff's Motion is difficult to understand but he seems to outline issues with the HDSP's law librarian and the library's deficiencies. *See id.* The Court denies the Motion at this time. However, the Court notes that the HDSP law librarian returned mail as undeliverable for Plaintiff with a notation that Plaintiff was "not @ HDSP." ECF No. 9. A review of NDOC's inmate database reveals Plaintiff is at HDSP. The Court will send Plaintiff copies of this Order and docket sheet both through U.S. mail and HDSP's e-filing system. If Plaintiff continues to have issues with HDSP's e-filing system, he may raise this issue again.

Accordingly, IT IS HEREBY ORDERED that no later than **February 7, 2025**, Plaintiff must file a Complaint on this Court's approved form.

IT IS FURTHER ORDERED that failure to file a Complaint on or before **February 7, 2025**, will result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to file a Complaint and comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Motion to Extend Copy Work Limit (ECF No. 4) is DENIED.

IT IS FURTHER ORDERED that the Motion to be Excused from Using HDSP's E-filing System (ECF No. 6) is DENIED without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court must send to Plaintiff: (1) the approved form for filing a 42 U.S.C. § 1983 complaint and instructions; and (2) a copy of the docket sheet.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff as a one-time courtesy copy of this Order, the approved form for filing a 42 U.S.C. § 1983 complaint and instructions, and the docket sheet by U.S. mail to Plaintiff **at High Desert State Prison, P.O. Box 650, Indian Springs, Nevada 89070-0650**.

DATED this 7th day of January, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE