# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry D. Pough, | Case No. 2:24-cv-02098-CDS-EJY |
| Petitioner | **Order Denying Motion for Hearing** |
| v. | |
| Jeremy Bean, et al., | [ECF No. 17] |
| Respondents | |

On June 20, 2025, I denied petitioner Jerry D. Pough's petition for writ of mandamus. ECF No. 13. The Clerk of Court entered judgment and closed the case. ECF No. 15. On July 7, 2025, petitioner filed an urgent motion for hearing. ECF No. 17. I deny the motion as moot in this closed case. I therefore order that the motion for hearing **[ECF No. 17] is denied**.

Dated: July 21, 2025

_____
Cristina D. Silva
United States District Judge