UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jerry D. Pough,

    Petitioner

v.

Jeremy Bean, et al.,

    Respondents

Case No. 2:24-cv-02098-CDS-EJY

**Order Denying Post-Judgment Motions**

[ECF Nos. 20, 21, 23]

On June 20, 2025, I denied petitioner Jerry D. Pough's petition for writ of mandamus. ECF No. 13. The Clerk of Court entered judgment and closed the case. ECF No. 15. In July 2025, Pough filed motions to hold a hearing and appoint a special master. ECF Nos. 20, 21. In September 2025, Pough filed a motion to no longer permit law library supervisors to handle e-filing services. ECF No. 23. I deny all these motions as moot in this closed case.

IT IS HEREBY ORDERED that Pough's motions **[ECF Nos. 20, 21, 23] are denied as moot**.

Dated: October 15, 2025

_____
Cristina D. Silva
United States District Judge